## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Cr. No. 05-80483
                                    Magistrate Judge R. Steven Whalen

DESHAWN PASHA,

        Defendant.

_____/

## ORDER ADJOURNING
## PRELIMINARY EXAMINATION

**UPON THE REQUEST** of  Defendant to adjourn the Preliminary Examination hearing for one month, without objection by the Government;

**IT IS HEREBY ORDERED** that the Preliminary Examinatin Hearing in the above-noted  case is adjourned from June 23, 2005 to July 25, 2005 at 1:00 p.m.

IT IS THE FINDING OF THE COURT that the adjournment is necessary to insure due process and effective assistance of counsel, and that the period of time from June 23, 2005 to July 25, 2005, is excludable delay for the purposes of speedy trial calculations, in that the need for the delay outweighs the interest of the Defendant and the public in a speedy trial.

                        s/R. Steven Whalen_____
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Dated:  June 24, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 24, 2005.

                        s/Gina Wilson_____
                        Case Manager